UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYAL E. GLAUDE,

         Plaintiff,

    v.

POSTMASTER GENERAL,

         Defendant.

Case No.  14-cv-04071-MEJ

**ORDER CONTINUING CMC**

Re: Dkt. No. 10

On November 4, 2014, Plaintiff Royal E. Glaude filed a request to continue the Case

Management Conference in this case, currently scheduled for December 11, 2014.  Good cause

appearing, the Court GRANTS Plaintiff's request and CONTINUES the Case Management

Conference to January 15, 2015 at 10:00 a.m.  All deadlines in the September 8, 2014 Order

Setting Initial Case Management Conference and ADR Deadlines are adjusted accordingly.

    **IT IS SO ORDERED.**

Dated: November 13, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court<br/>Northern District of California

1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

ROYAL E. GLAUDE,

Case No.  14-cv-04071-MEJ

Plaintiff,

5

6

v.

**CERTIFICATE OF SERVICE**

POSTMASTER GENERAL,

7

Defendant.

8

9

      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

10

11

      That on 11/13/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

12

13

14

Royal E. Glaude
8096 Juniper Ave
Newark, CA 94560

15

16

17

Dated: 11/13/2014

18

19

Richard W. Wieking
Clerk, United States District Court

20

21

22

By:_____

23

Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

24

25

26

27

28