UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL E. GLAUDE,<br><br>    Plaintiff,<br><br>    v.<br><br>POSTMASTER GENERAL,<br><br>    Defendant. | Case No. 14-cv-04071-MEJ<br><br>**ORDER VACATING CMC** |

    This matter is currently scheduled for a Case Management Conference on January 15, 2015. However, as there is a pending Motion to Dismiss, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

    **IT IS SO ORDERED.**

Dated: January 5, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   ROYAL E. GLAUDE,                           Case No. 14-cv-04071-MEJ
              Plaintiff,
8
9       v.                                    **CERTIFICATE OF SERVICE**

10  POSTMASTER GENERAL,
              Defendant.
11

12      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13
14      That on 1/5/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
15
16
17  Royal E. Glaude
    8096 Juniper Ave
18  Newark, CA 94560
19
20  Dated: 1/5/2015
21
22                                          Richard W. Wieking
                                            Clerk, United States District Court
23
24
25  By:_____
    Chris Nathan, Deputy Clerk to the
26  Honorable MARIA-ELENA JAMES
27
28

United States District Court
Northern District of California

2